

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-1-2005

# Mahmood v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 03-3760

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Mahmood v. Atty Gen USA" (2005). *2005 Decisions.* Paper 194.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/194

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 03-3760
_____

SYED MAHMOOD,

Petitioner

v.

*ALBERTO R. GONZALES, Attorney General
of the United States,

Respondent

*Substituted pursuant to Rule 43c, F.R.A.P.

_____

On Appeal from an Order entered before
The Board of Immigration Appeals
(No. A 70-891-107)

_____

Argued September 15, 2004

Before: ALITO, AMBRO and FISHER, Circuit Judges

(Opinion filed October 27, 2005)

Robert Frank, Esquire (Argued)
Suite 1304
60 Park Place
Newark, NJ   07102

    Attorney for Petitioner

Peter D. Keisler
   Assistant Attorney General, Civil Division
Barry J. Pettinato
   Senior Litigation Counsel
David V. Bernal, Esquire
Douglas E. Ginsburg, Esquire
John D. Williams, Esquire
William M. Martin, Esquire (Argued)
United States Department of Justice
Office of Immigration
Litigation
P.O. Box 878
Ben Franklin Station
Washington, D.C.   20044

        Attorneys for Respondent

## ORDER  AMENDING  PUBLISHED  OPINION

AMBRO, *Circuit Judge*

        IT IS NOW ORDERED that the published Opinion in the above case filed October 27, 2005, be amended as follows:

        On page 5, line 3, replace "2002" with "June 2001", so that the phrase reads "..., and it dismissed the appeal as untimely in June 2001."

        On page 5, line 8, insert "in September 2002" after "motion" and before "on" so that the phrase reads, "The IJ denied the motion in September 2002 on the ground that it ...".

        On page 6, line 3, insert "second" after "Mahmood's" and before "appeal" and replace the date "June 2001" with "August 2003" so that the sentence reads, "The BIA dismissed Mahmood's second appeal in August 2003, and he timely petitioned for our Court's review."

                                By the Court,

                                /s/ Thomas L. Ambro, Circuit Judge

Dated: November 1, 2005

2